**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Jason SANDOVAL, Defendant–Appellant.**

**No. 07–10663**
**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

Sept. 14, 2007.

Christopher Arguin Desrochers, Winter Haven, FL, for Defendant–Appellant.

Yvette Rhodes, Tampa, FL, for Plaintiff–Appellee.

Before ANDERSON, DUBINA and CARNES, Circuit Judges.

PER CURIAM:

Christopher Desrochers, appointed counsel for Jason Sandoval in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record re-

---

veals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Sandoval's conviction and sentence are **AFFIRMED.**